# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139969(60)

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

DONALD ALLEN LOWN,
           Defendant-Appellant.
_____

SC: 139969
COA: 287033
Saginaw CC: 05-026696-FH

On order of the Chief Justice, the motion by defendant-appellant for extension to March 22, 2010 of the time for filing his brief and appendix is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk